

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 25-124 MLG |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| **TENILLE QUINTAWNA PESHLAKAI**, | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D): Abandonment and Abuse of a Child, Recklessly Caused. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about September 2, 2024, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TENILLE QUINTAWNA PESHLAKAI**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a motor vehicle, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about September 2, 2024, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TENILLE QUINTAWNA PESHLAKAI,** an Indian, and parent, guardian and custodian of Jane Doe, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, operated a motor vehicle in a dangerous manner while Jane Doe was not properly restrained in the front passenger seat, causing Jane Doe to be placed in a situation that may have endangered the life and health of Jane Doe.

In violation of 18 U.S.C. § 1153(b) and N.M. STAT. ANN. § 30-6-1(D).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_Jesse Pecnard_
Assistant United States Attorney